922

No. 77–274. TIMBERLAND PACKING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 77–283. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL No. 13 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 77–284. SHEIKOWITZ *v.* BOARD OF REGENTS OF THE UNIVERSITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 77–286. UNITED STATES *v.* McGARRY ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–327. SHOTT *v.* STARTZMAN, CLERK, SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 77–328. TRAFFICANTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–331. MILLS *v.* ELECTRIC AUTO-LITE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–339. REED, ADMINISTRATRIX, ET AL. *v.* WISER ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–340. BOLTE ET AL. *v.* SIDERS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 77–341. PERATI *v.* BATTAION ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–342. ORKIN ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied.